DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES BARNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-128

[May 28, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 01-12726CF10B.

Charles Barnes, Zephyrhills, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and MAY, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***